Charles Moore, appellee, v. George Barrett, appellant. Gen. No. 8,147.

Heard in this court at the October term, 1929. Opinion filed June 11, 1930.

Ridgely & Ridgely, for appellant. Horace H. Baker, for appellee.

Mr. Justice Jones delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Joe Calderotta, plaintiff in error. Gen. No. 8,163.

Heard in this court at the February term, 1930. Opinion filed June 17, 1930.

Knight, Swenson & Penny and Anthony S. Ingrassia, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

Margaret Umbdenstock, administratrix of the estate of John Umbdenstock, appellee, v. Mallott Wholesale Grocery Company, appellant. Gen. No. 8,157.

Heard in this court at the October term, 1929. Opinion filed June 17, 1930.

John A. Bloomingston and Samuel J. Howe, for appellant. Hadley & Weaver, for appellee; Willard E. Cain and John S. Woodward, of counsel.

Mr. Justice Jones delivered the opinion of the court.

Daniel Kelly, appellee, v. John Palmer, appellant. Gen. No. 8,164.

Heard in this court at the October term, 1929. Opinion filed June 17, 1930.

Clarence W. Heyl and E. V. Champion, for appellant; Willard B. Gaskins and Heyl & Heyl, of counsel. Frederick F. Beckman, for appellee.

Mr. Justice Jones delivered the opinion of the court.

The People of the State of Illinois ex rel. Verda Hess, appellee, v. Joe Cusmano, appellant. Gen. No. 8,172.

Heard in this court at the February term, 1930. Opinion filed June 17, 1930.

Arthur H. Shay, for appellant. Robert A. Barnes, State's Attorney, for appellee.

Mr. Justice Jones delivered the opinion of the court.